## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| HECTOR ENRIQUE-GARCIA, BALTAZAR ENRIQUE-GARCIA, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 6:25-cv-00034-JRH-BKE |
| O. REA & SONS HARVESTING & HAULING, INC., OSWALDO REA, individually, YESENIA MERINO, individually, ) ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT AND CONSENT MOTION TO STAY ALL DEADLINES**

Defendants O. Rea & Sons Harvesting & Hauling, Inc., Oswaldo Rea, and Yesenia Merino and Plaintiffs Hector Enrique-Garcia and Baltazar Enrique-Garcia (together, the "Parties"), through their respective counsel of record, notify the Court that the Parties have reached a settlement in principle that fully resolves the above-captioned matter. The Parties agree that the settlement currently obviates the need for Defendants to file a responsive pleading. However, the Parties are still working through the settlement process and expect to file a Joint Motion to Approve Settlement within 30 days of the date of this Notice. In the interest of judicial economy, the Parties request that the Court hold this matter in abeyance, staying all deadlines, including the deadline for Defendants to file a responsive pleading, until such time as the parties are able to complete the settlement process and file their Joint Motion to Approve Settlement. Should the Court deny the parties' forthcoming Joint Motion to Approve Settlement, Defendants request that they be given 21 days from the date of the Court's order in which to file a responsive pleading.

[*Signatures on following page*]

Respectfully submitted this 27th day of June, 2025.

|  |  |
|---|---|
|  | OLIVER MANER LLP |
|  |  |
|  | **/s/ Amelia C. Stevens** |
| 218 W. State Street | D. BOBO MULLENS, III |
| Savannah, Georgia 31401 | Georgia Bar No. 258029 |
| 912-236-3311 | AMELIA C. STEVENS |
| dbmullens@olivermaner.com | Georgia Bar No. 758771 |
| astevens@olivermaner.com |  |
|  | *Attorneys for Defendant O. Rea & Sons Harvesting & Hauling, Inc.* |
|  |  |
|  | GANNAM, GNANN & STEINMETZ, LLC |
|  |  |
|  | **/s/ Christian J. Steinmetz III** (w/ express perm.) |
| P.O. Box 10085 | CHRISTIAN J. STEINMETZ III |
| Savannah, Georgia 31412 | Georgia Bar No. 278260 |
| 912-232-1192 |  |
| cjs@ggsattorneys.com | *Attorney for Defendants Oswaldo Rea and Yesenia Merino* |
|  |  |
|  | DAWSON MORTON, LLC |
|  |  |
|  | **/s/ James M. Knoepp** (w/ express perm.) |
| 1808 Sixth St. | DAWSON MORTON |
| Berkeley, CA 94712 | Georgia Bar No. 525985 |
| 404-590-1295 | JAMES M. KNOEPP |
| dawson@dawsonmorton.com | Georgia Bar No. 366241 |
| 1612 Crestwood Dr. |  |
| Columbia, SC 29205 | *Attorneys for Plaintiffs* |
| 828-379-3169 |  |
| jim@dawsonmorton.com |  |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing, by email/electronic notification to the following:

James M. Knoepp
Dawson Morton
DAWSON MORTON, LLC
1808 Sixth St.
Berkeley, CA 94712
dawson@dawsonmorton.com
1612 Crestwood Dr.
Columbia, SC 29205
jim@dawsonmorton.com

*Attorneys for Plaintiffs*

Christian J. Steinmetz
GANNAM, GNANN & STEINMETZ, LLC
P.O. Box 10085
Savannah, Georgia 31412
cjs@ggsattorneys.com

*Attorney for Defendants Oswaldo Rea and Yesenia Merino*

Respectfully submitted this 27th day of June, 2025.

OLIVER MANER LLP

**/s/ Amelia C. Stevens**

218 W. State Street
Savannah, Georgia 31401
912-236-3311
dbmullens@olivermaner.com
astevens@olivermaner.com

D. BOBO MULLENS, III
Georgia Bar No. 258029
AMELIA C. STEVENS
Georgia Bar No. 758771

*Attorneys for Defendant O. Rea & Sons Harvesting & Hauling, Inc.*