# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| HECTOR ENRIQUE-GARCIA, BALTAZAR ENRIQUE-GARCIA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>O. REA & SONS HARVESTING & HAULING, INC., OSWALDO REA, individually, YESENIA MERINO, individually,<br><br>Defendants. | Case No. 6:25-cv-00034-JRH-BKE |

## PROPOSED ORDER GRANTING CONSENT MOTION TO STAY ANSWER DEADLINE

The parties filed their Notice of Settlement and Consent Motion to Stay All Deadlines on June 27, 2025. The parties' motion having come before this Court, and good cause having been shown, **IT IS HEREBY ORDERED** that all deadlines in this action are stayed as the parties prepare and file their Joint Motion to Approve Settlement. Specifically, Defendants' answer deadline is hereby stayed pending the Court's ruling on the parties' forthcoming Joint Motion to Approve Settlement. Should any claims remain after the Court enters an order on the parties' Joint Motion to Approve Settlement, Defendants will have 21 days from the date of the Court's order to file a responsive pleading.

SO ORDERED this _____ day of _____, 2025.

_____
BRIAN K. EPPS, Magistrate Judge
United States District Court, Southern District of Georgia