IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| HECTOR ENRIQUE-GARCIA and BALTAZAR ENRIQUE-GARCIA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 625-034 |
| O. REA & SONS HARVESTING & HAULING, INC.; OSWALDO REA; and YESENIA MERINO, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration, the Court **GRANTS** the Notice of Settlement and Consent Motion to Stay All Deadlines and **STAYS** the case, to include all pretrial deadlines and filing requirements, for thirty days while the parties finalize the settlement and dismissal documents. (Doc. no. 7.)  The parties shall advise the Court as to the status of the case by no later than July 30, 2025, and if the case is not resolved and a joint motion to approve the settlement has not been filed by that date, the status report shall include a proposed deadline for defendants to file their answers or other responsive pleadings.

SO ORDERED this 2nd day of July, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA