# EXHIBIT 2
# PROPOSED JUDGMENT ORDER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| HECTOR ENRIQUE-GARCIA, BALTAZAR ENRIQUE-GARCIA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>O. REA & SONS HARVESTING & HAULING, INC., OSWALDO REA, individually, YESENIA MERINO, individually,<br><br>Defendants. | Case No. 6:25-cv-00034-JRH-BKE |

**[PROPOSED] JUDGMENT ORDER**

This matter is before the Court on the parties' Joint Motion to Approve Fair Labor Standards Act Settlement.  (ECF No. 9.)  Having reviewed the parties' Motion **IT IS HEREBY ORDERED:**

1. The Court approves the settlement as a fair and reasonable settlement of a bona fide dispute under the Fair Labor Standard Act.

2. The Court approves the attorneys' fees and costs payment outlined in the settlement as fair and reasonable.

3. By means of this Order, the Court hereby enters final judgment in this action, as defined by Federal Rule of Civil Procedure 58(a)(1).

4. Without affecting the finality of this final judgment in any way, the Court retains jurisdiction of all matters relating to the enforcement of this Order and the settlement. *Kikkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 380-82 (1994).

5. The parties are hereby ordered to implement and comply with the terms of the settlement.

6. This action is dismissed with prejudice, subject to the terms of the settlement

agreement.

**IT IS SO ORDERED this \_\_\_\_ day of _____, 2025.**

_____
HON. J. RANDAL HALL
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA