# EXHIBIT 4
# DECLARATION OF DAWSON MORTON

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| HECTOR ENRIQUE-GARCIA, BALTAZAR ENRIQUE-GARCIA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>O. REA & SONS HARVESTING & HAULING, INC., OSWALDO REA, individually, YESENIA MERINO, individually,<br><br>Defendants. | Case No. 6:25-cv-00034-JRH-BKE |

## DECLARATION OF DAWSON MORTON
## IN SUPPORT OF FLSA SETTLEMENT APPROVAL

I, Dawson Morton, declare:

1. I am counsel for the plaintiffs in this action. I have personal knowledge of the matters stated herein and if called and sworn as a witness, I could and would competently testify under oath thereto.

2. I am a member in good standing of the State Bars of Georgia and California. I earned my Juris Doctor Degree from New York University School of Law in 1999 and was admitted to practice in the State of Georgia the same year. I was admitted to practice in California, first as a Registered Legal Services Attorney, in 2016 and later as a member of the bar in May of 2018.

3. I have represented workers in employment disputes for over twenty-five years. I am currently an attorney with Dawson Morton, LLC and was previously the Litigation Director for the California Rural Legal Assistance Foundation. I was previously a Senior Staff Attorney in the Atlanta and Tifton offices of the Farmworker Rights Division of Georgia Legal Services, a nonprofit organization that provided free civil legal services to indigent farm laborers.

1

4. I speak, read and write Spanish and communicated with the Plaintiffs here exclusively in Spanish. During my career, I have represented hundreds of immigrant and low-wage worker clients with a particular focus on H-2A workers. I am familiar with Fair Labor Standards Act claims for both foreign and agricultural workers.

5. In addition to my litigation work, I have served as a panelist or organizer at numerous conferences concerning the representation of immigrant workers, including conferences sponsored by the National Employment Lawyers Association, the National Legal Aid & Defenders Association, and the Georgia Chapter of the National Employment Lawyers Association. I am also a past board member of the National Employment Lawyer's Association affiliate in Georgia, NELA-GA.

6. Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I declare that the foregoing facts are true and correct to the best of my knowledge.

Executed on July 21, 2025.

*Dawson Morton*
Dawson Morton