TO:         ALL JUDGES, CLERKS OF COURTS, AND COUNSEL OF RECORD

FROM:     D. BOBO MULLENS, III, ESQ.

DATE:     November 13, 2025

**RE:**        **MOTION FOR LEAVE OF ABSENCE**

---

COMES NOW D. Bobo Mullens, III, and respectfully requests from all judges before whom he has cases pending, leave for a period from January 16, 2026, January 19-20, 2026, April 30, 2026, May 1, 2026 and May 4, 2026.

Pursuant to Southern District Local Rule 83.9, notice of this request has been given to opposing counsel as shown below. By Rule, if no attorney objects promptly, leave should be granted as a matter of course.

| | | |
|---|---|---|
| *Hector Enrique-Garcia, Baltazar Enrique-Garcia, on behalf of themselves and all others similarly situated v O. Rea & Sons Harvesting & Hauling, Inc. Oswaldo Rea, Individually; Yesenia Merino, Individually.*<br><br>U.S. District Court, Southern District of Georgia (Statesboro)<br><br>Case #: 6:25-cv-00034 – JHR-BKE | Assigned to: J. Randall Hall<br><br>Referred to: Magistrate Judge Brian K. Epps | Dawson Morton<br>Georgia Legal Services<br>104 Marietta St., NW<br>Suite 250<br>Atlanta, GA 30303<br><br>James Knoepp<br>1612 Crestwood Drive<br>Columbia, SC 29205<br><br>Christian J. Steinmetz, III<br>Gannam, Gnann & Steinmetz, LLC<br>P.O. Box 10085<br>Savannah, GA 31412 |

This 13th day of November, 2025.

                                         OLIVER MANER LLP

                                         */s/ D. Bobo Mullens, III*
                                         D. BOBO MULLENS, III
                                         *Georgia State Bar No. 258029*

Post Office Box 10186
Savannah, GA 31412                       *Attorney for O. Rea & Sons*
(912) 236-3311 (*phone*)               *Harvesting and Hauling, Inc.*
(912) 236-8725 (*facsimile*)
levans@olivermaner.com

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day caused electronic notification of filing and service of the foregoing to be made upon counsel of record for the parties by filing the same using the Court's CM/ECF filing system.

      This 13th day of November, 2025.

      OLIVER MANER LLP

      */s/ D. Bobo Mullens, III*
      D. BOBO MULLENS, III
      *Georgia State Bar No. 258029*
Post Office Box 10186      *Attorney for O. Rea & Sons*
Savannah, GA 31412      *Harvesting and Hauling, Inc.*
(912) 236-3311 (*phone*)
(912) 236-8725 (*facsimile*)
levans@olivermaner.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LEAVE OF ABSENCE REQUEST | )  6:25-cv-00034 – JHR-BKE |
| | ) |
| D. BOBO MULLENS, III | ) |
| | ) |
| | ) |

## ORDER GRANTING LEAVE OF ABSENCE

Upon consideration of the Motion for Leave of Absence filed by Attorney D. Bobo Mullens, III in the cases listed in the Request for Leave of Absence, for leave between January 16, 2026, January 19-20, 2026, April 30, 2026, May 1, 2026 and May 4, 2026, for family vacation; same is hereby granted.

This ____ day of _____, 2025.

_____
United States Magistrate Judge
Southern District of Georgia