AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HECTOR ENRIQUE-GARCIA and
BALTAZAR ENRIQUE-GARCIA,

      Plaintiffs,

v.

O. REA & SONS HARVESTING &
HAULING, INC.; OSWALDO REA;
and YESENIA MERINO,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 625-034

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 25, 2025, the Parties' Joint Motion to Approve Fair Labor Standards Act Settlement is granted; therefore, the Parties' Settlement Agreement is approved.

This matter is dismissed with prejudice and this case stands closed.



11/25/2025                                                 John E. Triplett, Clerk of Court
*Date*                                                         *Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*

GAS Rev 10/2020